UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSI SECRET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 20-2175 (JMC) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME
FOR FILING MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), Defendants respectfully move for an extension of deadline for filing summary judgment, with Plaintiff's consent. This is Defendants' first motion for an extension of time and it is made with good cause. Although the extension of the deadline for Defendants' motion for summary judgment will result in a commensurate extension of time for the Plaintiff's cross-motion for summary judgment, neither of the remaining deadlines will be disturbed such that the Court will receive the fully briefed cross motions by the same time as originally contemplated – October 14, 2022.

Undersigned counsel was out of the office unexpectedly for nearly all of the week of June 13, 2022 during which time it was not possible to give any attention to this matter and only the most modest attention to the most exigent matters. Although counsel was able to return to work on June 21, 2022, the accumulation of matters deferred in a caseload of nearly 100 active matters has created resulting in a significant backlog. The impact of the lost time has been amplified by a return into an extended period chock-a-block with challenging deadlines in several very old cases. In addition, Defendant and counsel need time to confer about the draft

declaration and *Vaughn* index, which counsel had not yet had an opportunity to review.

Realistically, Defendant can submit its motion for summary judgment by July 21, 2022. As noted above, with from the Court permission to give Plaintiff a commensurate extension of time – until August 29, 2022 – would still have no impact on the remaining briefing schedule or the timing of the matter's submission to the Court.

Wherefore, Defendant respectfully requests that the Court's April 19, 2022, Minute Order be partially vacated and modified in the manner reflected immediately below:

| FILING | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Defendants' Motion for Summary Judgment | June 30, 2022 | July 21, 2022 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | August 1, 2022 | August 29, 2022 |
| Defendant's Reply/Opposition to Cross-Motion for Summary Judgment | September 20, 2022 | September 20, 2022 |
| Plaintiff's Reply | October 14, 2022 | October 14, 2022 |

Dated:  June 24, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/   *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
601 D Street, NW
Washington, DC 20530
202.252.2518

*Counsel for Defendants*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSI SECRET, | ) |
|         Plaintiff, | ) |
| v. | ) Civ. A. No. 20-2175 (JMC) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) |
|         Defendants. | ) |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF Defendants' Consent Motion to Extend Time for Filing Motion for Summary Judgment, and based on the entire record, the request to partially vacate this Court's April 19, 2022, Minute Order is hereby GRANTED;

It is further ORDERED that the new schedule for briefing summary judgment shall be as follows below:

| FILING | DATE |
|---|---|
| Defendants' Motion for Summary Judgment | July 21, 2022 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | August 29, 2022 |
| Defendant's Reply/Opposition to Cross-Motion for Summary Judgment | September 20, 2022 |
| Plaintiff's Reply | October 14, 2022 |

**SO ORDERED**

Dated: _____   _____
                                                              Hon. Jia M. Cobb